# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KLEIN, | Case No. 1:14-cv-01440 DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION [ECF No. 6] AND VACATING ORDER DIRECTING PLAINTIFF TO PAY FILING FEE OR SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS [ECF No. 9] |
| v. | |
| AUDREY KING, et al., | |
| Defendants. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 2] |

Plaintiff Aaron Klein, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 8, 2014. On the same date, Plaintiff filed a motion for leave to proceed in forma pauperis. On September 18, 2014, the Court issued an order directing Plaintiff to submit an application to proceed in forma pauperis, or pay the filing fee. In the information provided to Plaintiff in the order, it was stated that Plaintiff would be subject to repayment of the filing fee through automatic deductions to his trust account. On September 29, 2014, Plaintiff moved for modification of the order. Plaintiff states he is not a prisoner but a civil detainee. As such, he argues he is not subject to the PLRA insofar as the PLRA only applies to prisoners. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Plaintiff is correct that he is not subject to the PLRA and therefore he is not subject to paying the filing fee if granted in forma pauperis status.

1    Accordingly, good cause having been presented, and GOOD CAUSE APPEARING
2 THEREFOR, Plaintiff's motion for modification is GRANTED.  The order to submit the filing fee
3 or an application to proceed in forma pauperis is VACATED, and Plaintiff is AUTHORIZED to
4 proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **October 17, 2014**              /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE